AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

Barbara Andersen

_____
*Plaintiff/Petitioner*

v.

Douglas Preston and Unknown Corporate Defendant

_____
*Defendant/Respondent*

)
)
)
)
)
)
)

Civil Action No. CV 25-1309

**FILED**
UNITED STATES DISTRICT COURT
SANTA FE, NEW MEXICO

DEC 2 9 2025

MITCHELL R. ELFERS
CLERK

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____.
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

I'm not working because Preston told me not needed. I'm now looking for a part time job to pay bills in Virginia.

My gross pay or wages are: $ _____, and my take-home pay or wages are: $ _____ per *(specify pay period)* _____.

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

(a) Business, profession, or other self-employment     ☐ Yes     ☒ No
(b) Rent payments, interest, or dividends              ☐ Yes     ☒ No
(c) Pension, annuity, or life insurance payments       ☐ Yes     ☒ No
(d) Disability, or worker's compensation payments      ☐ Yes     ☒ No
(e) Gifts, or inheritances                             ☒ Yes     ☐ No
(f) Any other sources                                  ☐ Yes     ☒ No

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.

I received $25,000 from my father's decedent estate.

AO 240  (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account: $ 200 .

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

I have a 2013 Lincoln MKX. It is badly damaged and has de minimis value. I intend to give it away after I'm paid here.

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

I had been paying rent in New Mexico. I spent appx half of my father's bequest. I spent the other half on food, travel, and many car repairs.

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

N/A

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

~ $1300 to Wells Fargo

~ $800 in loans from family waiting on payment by Preston etc

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: December 18, 2025        B[signature]
                                          *Applicant's signature*

                                Barbara Andersen
                                          *Printed name*

USPS GROUND ADVANTAGE®

1 Lb 9.30 Oz

RDC 01

Barbara Anderson
4013 Princess Anne St
Fredericksburg, VA
22401

C052

SHIP TO:
106 S FEDERAL PL
SANTA FE NM 87501-3011



USPS TRACKING® #



9534 6141 5251 5356 3340 83



RECEIVED
UNITED STATES DISTRICT COURT
SANTA FE, NEW MEXICO
DEC 29 2025
MITCHELL R. ELFERS
CLERK

US District Ct - Santa Fe
Attn: Clerk's Office
Santiago E. Campos
106 S. Federal Plaza
Santa Fe, NM 87501

Water and Tear Resistant