IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

BARBARA ANDERSEN,

      Plaintiff,

v.                                                                                  No. 1:25-cv-01309-SMD-JMR

DOUGLAS PRESTON and
UNKNOWN CORPORATE DEFENDANT,

      Defendants.

**MEMORANDUM OPINION AND ORDER OF DISMISSAL**

      This case arises from Plaintiff allegedly solving the Forrest Fenn "puzzle poem" and discovering the location where Forrest Fenn hid a treasure which would belong to the first person to solve the puzzle poem. *See* Verified Complaint for Declaratory and Injunctive Relief, Doc. 1, filed December 29, 2025 ("Complaint"). Plaintiff alleges Defendant Preston is the "real author/ghostwriter of the poem," "Fenn designated Preston as [Plaintiff's] fiduciary under the Unknown Corporate Defendant," and "Fenn left [Plaintiff] gifts, including but not limited to, the real chest through the Unknown Corporate Defendant as part of a forthcoming real, movie ending, before his 2020 death." Complaint at 1, 8. Plaintiff asserts claims of breach of fiduciary duty and conversion arising from Preston "improperly withholding Andersen's gifts and assets, as well as the real chest for 5.5 years." Complaint at 12. Plaintiff does not assert any federal law claims. Plaintiff asserts the Court has diversity jurisdiction over this action. *See* Complaint at 7.

      United States Magistrate Judge Jennifer M. Rozzoni notified Plaintiff that the Complaint does not allege sufficient facts supporting diversity jurisdiction and that it appears that Plaintiff's claims for breach of fiduciary duty and conversion may be barred by the four-year statute of

limitations.  *See* Order at 2-6, Doc. 4, filed January 5, 2026.  Judge Rozzoni ordered Plaintiff to show cause why the Court should not dismiss this case and to file an amended complaint.  *See* Order at 6 (notifying Plaintiff that failure to timely show cause and file an amended complaint may result in dismissal of this case).  Plaintiff did not show cause or file an amended complaint by the January 26, 2026, deadline.

Plaintiff also filed a motion to proceed *in forma pauperis* using a Short Form Application.  *See* Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form), Doc. 2, filed December 29, 2025.  Judge Rozzoni notified Plaintiff the Short Form Application does not provide sufficient information for the Court to determine whether a plaintiff is unable to pay the required fees and ordered Plaintiff to file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form).  *See* Order at 1, 6 (notifying Plaintiff that failure to timely file a Long Form Application may result in denial of the motion to proceed *in forma pauperis*).  Plaintiff did not file a Long Form Application by the January 26, 2026, deadline.

The Court dismisses this case without prejudice because the Complaint does not allege sufficient facts supporting diversity jurisdiction and Plaintiff has not complied with Judge Rozzoni's Order to show cause why the Court should not dismiss this case, to file an amended complaint and to file a Long Form Application to proceed *in forma pauperis*.  *See* Fed. R. Civ. P. 41(b) ("If the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action"); *Gustafson v. Luke*, 696 Fed.Appx. 352, 354 (10th Cir. 2017) ("Although the language of Rule 41(b) requires that the defendant file a motion to dismiss, the Rule has long been interpreted to permit courts to dismiss actions sua sponte for a plaintiff's failure to prosecute or comply with the rules of civil procedure or court's orders.")

(quoting *Olsen v. Mapes*, 333 F.3d 1199, 1204 n.3 (10th Cir. 2003)).  Because it is dismissing this case and based on Plaintiff's failure to comply with Judge Rozzoni's Order to file a Long Form Application, the Court denies Plaintiff's Short Form Application to proceed *in forma pauperis*.

**IT IS ORDERED** that:

(i) This case is **DISMISSED without prejudice.**

(ii) Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form), Doc. 2, filed December 29, 2025, is **DENIED.**

_____
**UNITED STATES DISTRICT JUDGE**