FILED
UNITED STATES DISTRICT COURT
SANTA FE, NEW MEXICO

FEB 0 5 2026

MITCHELL R. ELFERS
CLERK

United States District Court
For the District of New Mexico

| | |
|---|---|
| Barbara Andersen | ) |
| | ) |
| Vs. | ) 1-25-cv-01309 SMD-JMR |
| | ) |
| Douglas Preston; and | ) |
| Unknown Corporate Defendant | ) |

## Motion to Voluntarily Dismiss Without Prejudice

Barbara Andersen, pro se, files this motion to voluntarily dismiss without prejudice and states as follows:

1. Andersen seeks to voluntarily dismiss this matter. Defendant, Douglas Preston, has advised Andersen that the movie end is imminent. Further, Douglas Preston advised Andersen that Andersen's assets in his possession are intact.

2. Andersen has reviewed this Court's order. In light of the above, it is not necessary to proceed further herein at this point in time.

3. Andersen assumes that Douglas Preston was honest in his representations noted above. However, in the event that his representations were not sincere, Andersen requests that this matter be dismissed without prejudice and a finding that res judicata will not bar the future filing of a new case if necessary.

Respectfully submitted:

Barbara Andersen

1013 Princess Anne St.

Fredericksburg, VA 22401

505-204-9601

1

**United States District Court**
**For the District of New Mexico**

| | |
|---|---|
| Barbara Andersen | ) |
| | ) |
| Vs. | )  1-25-cv-01309 |
| | ) |
| Douglas Preston; and | ) |
| Unknown Corporate Defendant | ) |

**Motion to Voluntarily Dismiss Without Prejudice**

  Barbara Andersen, pro se, files this motion to voluntarily dismiss without prejudice and states as follows:

  1. Andersen seeks to voluntarily dismiss this matter. Defendant, Douglas Preston, has advised Andersen that the movie end is imminent. Further, Douglas Preston advised Andersen that Andersen's assets in his possession are intact.

  2. Andersen has reviewed this Court's order. In light of the above, it is not necessary to proceed further herein at this point in time.

  3. Andersen assumes that Douglas Preston was honest in his representations noted above. However, in the event that his representations were not sincere, Andersen requests that this matter be dismissed without prejudice and a finding that res judicata will not bar the future filing of a new case if necessary.

Respectfully submitted:

*/s/ Barbara Andersen*

Barbara Andersen

1013 Princess Anne St.

Fredericksburg, VA 22401

505-204-9601

1

United States District Court
For the District of New Mexico

| | |
|---|---|
| Barbara Andersen | ) |
| | ) |
| Vs. | ) 1-25-cv-01309 |
| | ) |
| Douglas Preston; and | ) |
| Unknown Corporate Defendant | ) |

## Motion to Voluntarily Dismiss Without Prejudice

Barbara Andersen, pro se, files this motion to voluntarily dismiss without prejudice and states as follows:

1. Andersen seeks to voluntarily dismiss this matter. Defendant, Douglas Preston, has advised Andersen that the movie end is imminent. Further, Douglas Preston advised Andersen that Andersen's assets in his possession are intact.

2. Andersen has reviewed this Court's order. In light of the above, it is not necessary to proceed further herein at this point in time.

3. Andersen assumes that Douglas Preston was honest in his representations noted above. However, in the event that his representations were not sincere, Andersen requests that this matter be dismissed without prejudice and a finding that res judicata will not bar the future filing of a new case if necessary.

Respectfully submitted:

Barbara Andersen

1013 Princess Anne St.
Fredericksburg, VA 22401
505-204-9601

1

Anderson
1301 Princess Anne St
Fredericksburg, VA
22401

RECEIVED
UNITED STATES DISTRICT COURT
SANTA FE, NEW MEXICO
FEB 05 2026
MITCHELL R. ELFERS
CLERK

RICHMOND VA RPDC 230
24 JAN 2026 PM 6 L

Clerk of the Circuit Court
NM District Court
106 S. Federal Place
Santa Fe, NM 87501

87501-301199

