IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

BARBARA ANDERSEN,

    Plaintiff,

v.                                                   No. 1:25-cv-01309-SMD-JMR

DOUGLAS PRESTON and
UNKNOWN CORPORATE DEFENDANT,

    Defendants.

### ORDER DENYING AS MOOT MOTION TO VOLUNTARILY DISMISS

*Pro Se* Plaintiff moves the Court to dismiss this case without prejudice. *See* Motion to Voluntarily Dismiss Without Prejudice, Doc. 7, filed February 5, 2026. The Court denies Plaintiff's Motion as moot because the Court has already dismissed this case without prejudice and entered Final Judgment. *See* Doc's 5-6, filed February 3, 2026.

**IT IS ORDERED** that Plaintiff's Motion to Voluntarily Dismiss Without Prejudice, Doc. 7, filed February 5, 2026, is **DENIED as moot.**

_____
UNITED STATES DISTRICT JUDGE